# COURT OF APPEAL, FIRST CIRCUIT

## STATE OF LOUISIANA

RE: Docket Number 2023-CA-0564

James J. Bailey, III and New 90 LLC

- - Versus - -

Energen Resources Corporation, Successor in Interest to
Minatome Corporation and Total Minatome Corporation,
Chervron U.S. A., Inc., Successor in Interest to Chevron
Oil Company and California company, Southern Natural
Gas Company, LLC, successor in Inter

16th Judicial District Court
Case #: 130527
St. Mary Parish

On Application for Rehearing filed on 05/03/2024 by James J. Bailey, III and New 90 LLC

Rehearing _____ Granted _____

_Jewel E."Duke" Welch Jr._

_____
Elizabeth Wolfe

K T S _ly_ JEW
_____
Katherine Tess Stromberg

Wolfe, J. dissents and would
deny the Application for Rehearing.

Date _____ JUN 2 1 2024 _____

_Dane S. Hill_
_____
Rodd Naquin, Clerk